UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LONI NICOLE GRANGER, *et al.*,

        Plaintiffs,

   v.

FEDERAL BUREAU OF INVESTIGATIONS, *et al.*,

        Defendants.

Case No. C24-1946-LK

ORDER

      Plaintiffs Loni Nicole Granger and Casey Michael Granger, proceeding *pro se*, have each filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. ## 1-2.) Plaintiffs, together or separately, do not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiffs' applications to proceed IFP (dkt. ## 1-2) are GRANTED. Plaintiffs shall note that leave to proceed as a pauper does not necessarily entitle Plaintiffs to a waiver of any other cost(s) of litigation.

      The Clerk is directed to send copies of this Order to Plaintiffs and to the Honorable Lauren J. King.

      //

ORDER - 1

Dated this 4th day of December, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2